ORDERED.

Dated:  December 10, 2018

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TRUTH TECHNOLOGIES, INC., | Case No.  9:18-bk-05608-FMD |
| Debtor. _____/ | Judge Caryl E. Delano |

## ORDER EXTENDING EXCLUSIVITY

THIS cause came before the Court for a hearing on November 28, 2018 ("*Hearing*") upon the Debtor's *Motion for an Order Extending Exclusivity* [ECF No. 62] ("*Motion*") pursuant to Rule 9006(b)(1) of the Bankruptcy Rules and Section 1121(d) of the Bankruptcy Code, filed on November 5, 2018.  After reviewing the Motion, and the record at the Hearing, it is:

**ORDERED:**

1. The Motion is GRANTED to the extent set forth herein.

2. Unless otherwise defined herein, all capitalized terms shall have the same meaning ascribed to them in the Motion.

2

      3.      The Plan Deadline and the Debtor's Exclusive Filing Period shall be extended through and including January 15, 2019.

      4.      The Debtor's Exclusive Solicitation Period shall be extended through and including March 16, 2019.

      5.      The Court shall retain jurisdiction to hear and determine all matters emanating from this Order.

      6.      This Order shall be without prejudice to the Debtor seeking a further extension of the deadlines described herein.

Attorney, Michael R. Dal Lago, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.