**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In Re:

TRUTH TECHNOLOGIES, INC. ,   Case No. 9:18-bk-05608-FMD

    Debtor.   Chapter 11

_____/

### OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 11 PLAN

COMES NOW Complete Business Solutions Group, Inc. (hereinafter "CSBG"), by and through its undersigned attorneys, and pursuant to 11 U.S.C. §1129, objects to confirmation of the Debtor's Amended Plan of Reorganization [Docket No. 99] (hereinafter "Amended Plan"), and would show:

1. On July 6, 2018, the Debtor filed the instant voluntary Chapter 11 bankruptcy.

2. On July 17, 2018, CSBG filed a timely proof of a secured claim (1-2) in the amount of $70,578.88.  On November 2, 2018 CSBG filed a timely proof of a secured claim (16) in the amount of $68, 370.70.   CSBG is a party in interest which may object to the Plan.

3. On February 7, 2019 the Debtor filed an Amended Plan. [Doc. No. 99]  The Amended Plan provides to treat CSBG's claims in Class 4 and in relevant part states that "Any liens on the Debtor's property held by CBSG shall be stripped from the property and expunged in their entirety".

4. The proposed treatment of Class 4 is improper treatment of CBSG's claims.

5. CSBG objects to the confirmation of the Debtor's Amended Plan for the following reasons:

    (a) The Amended Plan does not comply with the requirements of 11 U.S.C.§

1129(a)(1) because the Amended Plan is not proposed in good faith and consequently violates 11 U.S.C. § 1129(a)(3).

      (b). The Amended Plan does not disclose the officers and directors of the reorganized debtor as required by 11 U.S.C. § 1129(a)(5).

      ( c). The Amended Plan does not meet the requirements for the treatment of each impaired class of creditors as required by 11 U.S.C.§ 1129(a)(7) (ii) and § 1129(b)(2)(B)(I). The Plan is insufficient to provide CSBG with payment of at least the amount due as of the effective date of the Plan or what it would receive upon liquidation.

      (d). The Amended Plan has not been accepted by each class of creditors as required by 11 U.S.C. § 1129(a)(8).

      (e). The Amended Plan does not comply with the requirements of 11 U.S.C. 1129(a)(10) in that at least one class of impaired clams has accepted the Amended Plan.

      (f). The Amended Plan does not comply with the requirements of 11 U.S.C. 1129(a)(11) in that the Amended Plan is likely not feasible as is likely to followed by liquidation.

WHEREFORE, CSBG respectfully requests the Court to deny confirmation of the Debtors' Amended Plan.

                                      /s/DAVID E. HICKS, ESQ.
                                      DAVID E. HICKS, ESQ.
                                      Fla. Bar No. 0368245
                                      KELLEY KRONENBERG ATTORNEYS AT LAW
                                      1511 N. Westshore Blvd., Suite 400
                                      Tampa, FL 33607
                                      (813) 223-1697
                                      (813) 433-5275 (fax)
                                      E-mail: dhicks@kelleykronenberg.com
                                      Attorneys for CSBG

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the Objection to Confirmation was furnished either by electronic or standard first class mail to the partes listed below on this 21st day of February, 2019.

      /s/DAVID E. HICKS, ESQ.
DENNIS J. LeVINE, ESQ.
Fla. Bar No. 375993
DAVID E. HICKS, ESQ.
Fla. Bar No. 0368245
ALISON VERGES WALTERS, ESQ.
Fla. Bar No. 0679402
KELLEY KRONENBERG ATTORNEYS AT LAW
1511 N. Westshore Blvd., Suite 400
Tampa, FL 33607
(813) 223-1697
(813) 433-5275 (fax)
E-mail: dhicks@kelleykronenberg.com
Attorneys for CSBG

Truth Technologies, Inc
5621 Strand Blvd., Suite 305
Naples, FL 34110

Michael R Dal Lago, Esq.
999 Vanderbilt Beach Road, Suite 200
Naples, FL 34108

Benjamin E. Lambers, Esq.
Office of the U.S. Trustee
51 S.W. First Ave., Room 1204
Miami, FL 33130