**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| TRUTH TECHNOLOGIES, INC., | Case No.  9:18-bk-05608-FMD |
| Debtor. _____/ | Judge Caryl E. Delano |

**FIRST INTERIM APPLICATION OF NOACK & CO,
LLC FOR COMPENSATION FOR SERVICES RENDERED AS
ACCOUNTANTS TO THE DEBTOR AND DEBTOR-IN-POSSESSION
FROM JULY 6, 2018 THROUGH DECEMBER 31, 2018**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Bankruptcy Court located at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602, and serve a copy on the movant's attorney, Mike Dal Lago, Esq., 999 Vanderbilt Beach Rd., Suite 200, Naples, Florida 34108, within the time allowed.**

**If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION
### www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TRUTH TECHNOLOGIES, INC., | Case No. 9:18-bk-05608-FMD |
| Debtor. | Judge Caryl E. Delano |
| _____/ | |

**FIRST INTERIM APPLICATION OF NOACK & CO, LLC FOR COMPENSATION FOR SERVICES RENDERED AS ACCOUNTANTS TO THE DEBTOR AND DEBTOR-IN-POSSESSION FROM JULY 6, 2018 THROUGH DECEMBER 31, 2018**

| | |
|---|---|
| Name of Applicant: | Noack & Co, LLC |
| Services Provided to: | Truth Technologies, Inc. |
| Date of Retention: | July 6, 2018 |
| Period for this Application: | July 6, 2018 through December 31, 2018 |
| Amount of Compensation Sought: | $19,762.95 |
| Amount of Expense Reimbursement: | $0.00 |
| Amount of Original Retainer: N/A | Current Balance: N/A |

This is an: _x_ interim ___ final application

Disclose the following for each prior application:

| | | **Requested** | | | | **Approved** | | **Paid** | | **Holdback** |
|---|---|---|---|---|---|---|---|---|---|---|
| Filed | Period | Fees | Hrs. | Rate | Exps. | Fees | Exps. | Fees | Exps. | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Total** | | **N/A** | | | | **N/A** | | **N/A** | | **None** |

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov**

In re:   Chapter 11

TRUTH TECHNOLOGIES, INC.,   Case No. 9:18-bk-05608-FMD

               Debtor.   Judge Caryl E. Delano

_____/

**FIRST INTERIM APPLICATION OF NOACK & CO,
LLC FOR COMPENSATION FOR SERVICES RENDERED AS
ACCOUNTANTS TO THE DEBTOR AND DEBTOR-IN-POSSESSION
FROM JULY 6, 2018 THROUGH DECEMBER 31, 2018**

**I.   SUMMARY OF TIME**

Noack & Co, LLC ("*Noack*") submits this fee application in the total amount of $19,762.95 for accounting services provided to the Debtor.

**II.   NARRATIVE SUMMARY**

1. *Petition Date*.

Truth Technologies, Inc. ("*Debtor*") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("*Bankruptcy Code*") on July 6, 2018 ("*Petition Date*"). The Debtor is authorized to continue to operate its business and manage its properties as a debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. *Order Authorizing Employment of Accountant*.

On August 21, 2018, this Court authorized the employment of Noack as accountants for the Debtor, *nunc pro tunc* as of the Petition Date (Docket No. 44).

3. ***Terms and Conditions of Employment and Compensation.***

   a. ***Hourly Rates.***

   The Debtor agreed to compensate Noack for services performed in this case by Janet Noack, CPA at an hourly rate of $250.00. According to the terms of the agreement, the Debtor also agreed to compensate Noack for services performed in this case by Staff Accountants at their hourly rates ranging from $95.00 to $175.00.

   b. ***Sharing of Compensation.***

   Except as provided under Section 504(b) of the Bankruptcy Code, Noack has not shared, or agreed to share, any compensation or reimbursement with any other person.

   c. ***Retainer.***

   Noack has not received a retainer from the Debtor toward compensation for professional services and reimbursement of expenses incurred in this case.

   ***Prior Application and Order***

   Noack has not filed any applications for fees and expenses. This is the first interim application for fees and expenses.

   d. ***Caps and Limitations***.

   Unless otherwise ordered by the Court, there are no caps or limitations on fees or other charges.

   e. ***Time period of this application.***

   This is a fee application for the period July 6, 2018 through December 31, 2018 ("***Fee Application***" or "***Application***"). This Application is the first interim Fee Application for time and expenses incurred by Noack from the Petition Date and covers the period from July 6, 2018 through December 31, 2018.

*f.  Prior Review*.

The Debtor has been served with a copy of this Fee Application.

III.    **STATUS OF CASES**

1. *Preliminary Statement*.

This case was filed as a reorganization case.  The Debtor has now filed its Plan of Reorganization and is in the process of soliciting votes in favor of that Plan.

2. *Project Summary.*

Noack seeks compensation for accounting services that it performed for the Debtor. Annexed hereto as Exhibit "A" are time entries reflecting the work performed by Noack in connection with such accounting services.  The following outline highlights the bulk of accounting services that Noack provided:

   a. Analysis of Quickbooks data from Constructive Trust;

   b. Reconciliation of the Constructive Trust's data that was turned over to the estate;

   c. Preparation of Debtor's 2017 Federal Income Tax Return;

   d. Preparation of 2017 California, Virginia and Florida Income Tax Returns; and

   e. Preparation of Monthly Operating Reports.

IV.    **DECLARATION**.

The undersigned offers this declaration under penalty of perjury in support of the foregoing *Application of Noack & Co, LLC for Compensation for Services Rendered as Accountants to the Debtor and Debtor-in-Possession:*

1.     I am a member of Noack & Co, LLC ("*Firm*"), a certified public accounting, tax and business consulting firm located at 12610 World Plaza Lane, Unit 1, Fort Myers, Florida

33907.  I make this declaration based upon personal knowledge of the matters set forth herein.

2.  I am familiar with the matters set forth herein and am duly authorized to make the following Declaration ("*Declaration*") in support of this Application and for the purpose of fulfilling the disclosure requirements of Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure.  Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3.  The compensation being sought by Noack is based on the customary compensation charged by comparably skilled accountants in cases under Title 11.

4.  Our firm billed the Debtor at its customary hourly rates for accounting services for the Debtor.  The total amount billed for these services is $19,762.95.

5.  The foregoing application of Noack & Co, LLC is true and correct.

Dated:  February 27, 2019                                  */s/ Janet A. Noack, CPA*
                                                                          Janet A. Noack, CPA


Dated: February 27, 2019                                   Respectfully submitted,

                                                                            **DAL LAGO LAW**

                                                                            */s/ Michael R. Dal Lago*
                                                                            Michael R. Dal Lago
                                                                            Florida Bar No. 102185
                                                                            999 Vanderbilt Beach Road
                                                                            Suite 200
                                                                            Naples, FL 34108
                                                                            Telephone:  239-571-6877
                                                                            mike@dallagolaw.com

                                                                            *Counsel for Debtor and Debtor-in-Possession, Truth Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was electronically served through the Court's CM/ECF Noticing system to all parties registered for service and by First Class U.S. Mail, postage prepaid, to all Local Rule 1007-2 Parties in Interest List, as noted on the attached mailing matrix, this 27th day of February, 2019.

*/s/ Michael R. Dal Lago*
Michael R. Dal Lago
Florida Bar No. 102185

# EXHIBIT "A"



Noack & Company LLC    **Invoice**

12610 World Plaza Lane, Unit 1
Fort Myers, Florida 33907

Phone #239-936-6144
Fax # 239-277-5458

| Date | Invoice # |
|---|---|
| 12/31/2018 | 11349 |

**Bill To**

Truth Technologies Inc.
Mr. Egide Thein
2341 Cheshire Ln
Naples, FL 34109

| Due Date | Terms |
|---|---|
| 12/31/2018 | Due on receipt |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Accounting | Accounting Work December | 46.75 | 95.00 | 4,441.25 |
| Accounting | Credit for rework | -1 | 1,500.00 | -1,500.00 |

We appreciate your business

E-mail
LisaB@cpaofflorida.com
www.cpaofflorida.com

| | |
|---|---|
| **Total** | $2,941.25 |
| Payments/Credits | $0.00 |
| **Balance Due** | $2,941.25 |



Noack & Company LLC

12610 World Plaza Lane, Unit 1
Fort Myers, Florida 33907

Phone #239-936-6144
Fax #  239-277-5458

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2018 | 11263 |

**Bill To**

Truth Technologies Inc.
Mr. Egide Thein
2341 Cheshire Ln
Naples, FL 34109

| Due Date | Terms |
|---|---|
| 11/30/2018 | Due on receipt |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Accounting | Accounting Work November – 941/ RT-6 | 4.28 | 95.00 | 406.60 |

We appreciate your business

| E-mail |
|---|
| LisaB@cpaofflorida.com |
| www.cpaofflorida.com |

| Total | $406.60 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$406.60** |



Noack & Company LLC

12610 World Plaza Lane, Unit 1
Fort Myers, Florida 33907

Phone #239-936-6144
Fax # 239-277-5458

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2018 | 11270 |

**Bill To**

Truth Technologies Inc.
Mr. Egide Thein
2341 Cheshire Ln
Naples, FL 34109

| Due Date | Terms |
|---|---|
| 11/30/2018 | Due on receipt |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Accounting | Accounting Work November | 21.5 | 95.00 | 2,042.50 |

We appreciate your business

E-mail
LisaB@cpaofflorida.com
www.cpaofflorida.com

| | |
|---|---|
| **Total** | $2,042.50 |
| Payments/Credits | $0.00 |
| **Balance Due** | $2,042.50 |



Noack & Company LLC

12610 World Plaza Lane, Unit 1
Fort Myers, Florida 33907

Phone #239-936-6144
Fax # 239-277-5458

# Invoice

| Date | Invoice # |
|---|---|
| 11/7/2018 | 11202 |

**Bill To**

Truth Technologies Inc.
Mr. Egide Thein
2341 Cheshire Ln
Naples, FL 34109

| Due Date | Terms |
|---|---|
| 11/7/2018 | Due on receipt |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Accounting | Accounting Work October | 41.83 | 95.00 | 3,973.85 |
| Discount | 10 hours rework | | -950.00 | -950.00 |

We appreciate your business

| E-mail |
|---|
| LisaB@cpaofflorida.com |
| www.cpaofflorida.com |

| Total | $3,023.85 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $3,023.85 |



Noack & Company LLC

12610 World Plaza Lane, Unit 1
Fort Myers, Florida 33907

Phone #239-936-6144
Fax #  239-277-5458

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2018 | 11054 |

**Bill To**

Truth Technologies Inc.
Mr. Egide Thein
2341 Cheshire Ln
Naples, FL 34109

| Due Date | Terms |
|---|---|
| 9/30/2018 | Due on receipt |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| QuickBooks ... | QuickBooks Work September | 45.75 | 95.00 | 4,346.25 |

We appreciate your business

E-mail
LisaB@cpaofflorida.com

www.cpaofflorida.com

| | |
|---|---|
| **Total** | $4,346.25 |
| Payments/Credits | $0.00 |
| **Balance Due** | $4,346.25 |



Noack & Company LLC

12610 World Plaza Lane, Unit 1
Fort Myers, Florida 33907

Phone #239-936-6144
Fax # 239-277-5458

**Invoice**

| Date | Invoice # |
|---|---|
| 9/10/2018 | 10904 |

| Bill To |
|---|
| Truth Technologies Inc.<br>Mr. Egide Thein<br>2341 Cheshire Ln<br>Naples, FL 34109 |

| Due Date | Terms |
|---|---|
| 9/10/2018 | Due on receipt |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Tax Business | Preparation of 2017 Federal Income Tax Return | | 3,250.00 | 3,250.00 |
| Tax Business | Preparation of 2017 California, Virginia and Florida Income Tax Returns | | 475.00 | 475.00 |

We appreciate your business

| E-mail |
|---|
| LisaB@cpaofflorida.com |
| www.cpaofflorida.com |

| | |
|---|---|
| **Total** | $3,725.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $3,725.00 |



Noack & Company LLC

12610 World Plaza Lane, Unit 1
Fort Myers, Florida 33907

Phone #239-936-6144

Fax # 239-277-5458

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2018 | 10846 |

**Bill To**

Truth Technologies Inc.
Mr. Egide Thein
2341 Cheshire Ln
Naples, FL 34109

| Due Date | Terms |
|---|---|
| 8/31/2018 | Due on receipt |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Accounting | Accounting – Monthly accounting, conversion to QB Online, payroll setup | 14.75 | 95.00 | 1,401.25 |

We appreciate your business

E-mail

LisaB@cpaofflorida.com

www.cpaofflorida.com

| Total | $1,401.25 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,401.25** |



Noack & Company LLC

12610 World Plaza Lane, Unit 1
Fort Myers, Florida 33907

Phone #239-936-6144
Fax #  239-277-5458

**Invoice**

| Date | Invoice # |
|---|---|
| 8/31/2018 | 10881 |

**Bill To**

Truth Technologies Inc.
Mr. Egide Thein
2341 Cheshire Ln
Naples, FL 34109

| Due Date | Terms |
|---|---|
| 8/31/2018 | Due on receipt |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| QuickBooks ... | July QB work - Reconciliation, Ask My Accountant clean up, upload and restore QB | 19.75 | 95.00 | 1,876.25 |

We appreciate your business

| E-mail |
|---|
| LisaB@cpaofflorida.com |
| www.cpaofflorida.com |

| Total | $1,876.25 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $1,876.25 |

Label Matrix for local noticing
113A-9
Case 9:18-bk-05608-FMD
Middle District of Florida
Ft. Myers
Mon Feb 27 11:25:18 EST 2019

~~Complete Business Solutions Group d/b/a PAR~~
~~Kelley Kronenberg Attorneys at Law~~
~~1511 N Westshore Blvd, Suite 400~~
~~Tampa, FL 33607-4596~~

~~Caryl E. Delano~~
~~Tampa~~
~~, FL~~

~~Noack & Co, LLC~~
~~Janet Noack, CPA~~
~~12610 World Plaza Lane~~
~~Unit 1~~
~~Fort Myers, FL 33907-4076~~

~~Regions Bank c/o Ronald B. Cohn, Esq.~~
~~201 North Franklin Street~~
~~Suite 3200~~
~~Tampa, FL 33602-5872~~

~~Synovus Bank~~
~~c/o Trenam Law~~
~~Lara R. Fernandez~~
~~101 E Kennedy Boulevard, #2700~~
~~Tampa, FL 33602-5150~~

~~Truth Technologies, Inc.~~
~~5621 Strand Blvd.~~
~~Suite 305~~
~~Naples, FL 34110-7307~~

AMERICAN EXPRESS NATIONAL BANK -
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

Advanced Partnerships LLC
P.O. Box 8203
Essex Junction, VT 05451-8203

American Express
PO Box 650448
Dallas, TX 75265-0448

CAPCALL
E Advance Svcs, LLC
122 E 42nd Street
Suite 2112
New York, NY 10168-2100

CBSG -
20 N 3rd Street
Philadelphia, PA 19106-2118

~~Capital One Bank~~
~~P.O. Box 71083~~
~~Charlotte, NC 28272-1083~~

Capital One Bank (USA), N.A. -
PO Box 71083
Charlotte, NC  28272-1083

~~Complete Business Solutions Group d/b/a PAR~~
~~c/o Kelley Kronenberg Attorneys at Law~~
~~1511 N. Westshore Blvd., Suite 400~~
~~Tampa, FL 33607-4596~~

~~Complete Business Solutions Group, Inc -~~
~~c/o Joe Cole, CFL~~
~~20 N. 3 Street~~
~~Philadelphia, PA 19106-2118~~

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

EBRC
Soci t Anonyme
5, Rue Eug ne Ruppert
R.C. Luxembourg B
72585

~~Egide Thein~~
~~2341 Cheshire Lane~~
~~Naples, FL 34109-3373~~

Eric Hritz -
3760 NW 101st Ave
Coral Springs, FL 33065-2842

Ethixbase 360 Pte Ltd -
60 Paya Lebar Road
04-23
Singapore 409051

Fireminds Tech Solutions
Fireminds USA
222 Ponce De Leon Blvd
Miami, FL 33134

First Global Capital
1250 E Hallandale Beach Blvd
Suite 406
Hallandale, FL 33009-4624

~~Future Event~~
~~80 SW 8th Street~~
~~Suite 3250~~
~~Miami, FL 33130-3003~~

GTR Queen (Regions)
Queen Funding LLC
2221 NE 164th Street
Suite 1144
Miami Beach, FL 33160-3703

Gungho Marketing Ltd
Suite 6, 1st Floor
Stoway HSA
Pounbury DT1 3SB
Dorset, England, Europe

Informatica Corporation
P.O. Box 741089
Los Angeles, CA 90074-1089

Internal Revenue Service -
P.O. Box 7346
Philadelphia, PA 19101-7346

Kash
c/o Ariel Bouskila, Esq.
Berkovitch & Bouskila, PLLC
40 Exchange Place Ste 1306
New York, NY 10005-2743

Kash Capital
475 Northern Blvd.
3rd Floor, Suite 36,
Great Neck, NY 11021-4819

Lead Forensics
3000 Lakeside, N Harbour
Western Rd, Portsmouth
Hampshire PO6 3EN
Portsmouth, United Kingdom, Europe

Lewis Brisbois Bisgaard
633 W. Fifth Ave
Suite 4000
Los Angeles, CA 90071-2074

Logic
PO Box 31112
Grand Cayman KY1-1205
Cayman Islands

Mastercard
PO Box 15796
Wilmington, DE 19886-5796

McGuire Woods LLP
Corporate Office Center
Tysons II
Tysons, VA 22102-4215

Midnight
1080 McDonald Ave
Suite 206
Brooklyn, NY 11230-2647

Midnight II
1080 McDonald Ave
Suite 206
Brooklyn, NY 11230-2647

NYS Dept of Labor -
State Campus Bldg 12 Rm 256
Albany, NY 12240-0001

New York State Department of Taxation & -
New York State Dept. of Tax & Finance
Bankruptcy Section
P O Box 5300
Albany, NY 12205-0300

Newtek Small Business
1981 Marcus Avenue
Suite 130
New Hyde Park, NY 11042-1046

Phil Brannon
3800 Fairfax Drive
Apt. 18
Arlington, VA 22203-1711

ROC
260 Christopher Lane
Staten Island, NY 10314-1600

ROC Funding Group, Inc. -
c/o Joe Cole, CFO
20 N. 3 Street
Philadelphia, PA 19106-2118

Rackspace
1 Fanatical Place
City of Windcrest
San Antonio, TX 78218-2179

~~Regions Bank~~
~~Attn: Raul Toledo~~
~~4851 Tamiami Trail N~~
~~Naples, FL 34103-3098~~

~~Regions Bank -~~
~~c/o Ronald B. Cohn, Esq.~~
~~Burr & Forman LLP~~
~~201 North Franklin Street, Suite 3200~~
~~Tampa, Florida 33602-5872~~

Regulatory DataCorp, Inc.
211 S Gulph Rd #125
King of Prussia, PA 19406-3112

Regus
11555 Heron Bay Blvd
Suite 200
Coral Springs, FL 33076-3362

Reuters UK Limited
Thomson Reuters Building
30 South Colonnade
Canary Wharf, London, E14 5EP
United Kingdom

SmartBear
450 Artisian Way, 4th Floor
Somerville, MA 02145-1262

State of New York
Dept of Labor
Unemployment Ins Division
Gov W Averell Harriman State Office Buil
Building 12, Room 256
Albany, NY 12240-0001

Steele Compliance Solutions
2638 Highway 109
Suite 200
Wildwood, MO 63040-1161

~~Synovus Bank~~
~~1605 Main Street~~
~~Suite 107~~
~~Sarasota, FL 34236-5854~~

~~Synovus Bank~~
~~c/o Lara R. Fernandez~~
~~101 East Kennedy Boulevard, Suite 2700~~
~~Tampa, Florida 33602-5150~~

~~Synovus Bank -~~
~~c/o Lara R. Fernandez - Trenam Law~~
~~101 E. Kennedy Boulevard, Suite 2700~~
~~Tampa, FL 33602-5150~~

Thomson Reuters (Financial & Risk) -
c/o Sarah E. Doerr, Esq.
Moss & Barnett
150 5th Street South, Suite 1200
Minneapolis MN 55402-4129

VO Consulting
6, Rue d'Arlon
Batiment C
L-8399 Windhof
Luxembourg, Europe

Venable
PO Box 62727
Baltimore, MD 21264-2727

Wells Fargo Bank, N.A. -
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Home Mortgage
PO Box 10335
CHECK ADDRESS
Des Moines, IA 50306-0335

| | | |
|---|---|---|
| Wood, Buckel, & Carmichael<br>2150 Goodlette Rd N<br>Sixth Floor<br>Naples, FL 34102-4810 | Yellowstone Capital<br>30 Broad Street<br>14th Floor, Suite 1462<br>New York, NY 10004-2304 | David E Hicks +<br>Kelley Kronenberg, Attorneys at Law<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 |
| Ronald B Cohn +<br>Burr & Forman LLP<br>201 North Franklin Street<br>Suite 3200<br>Tampa, FL 33602-5872 | Benjamin E. Lambers +<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | United States Trustee - FTM +<br>Timberlake Annex, Suite 1200<br>501 E. Polk Street<br>Tampa, FL 33602-3949 |
| Dennis J LeVine +<br>Kelley Kronenberg, Attorneys at Law<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 | Lara Roeske Fernandez +<br>Trenam, Kemker, et al<br>PO Box 1102<br>Tampa, FL 33601-1102 | Michael R Dal Lago +<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108-3512 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Regions Bank<br>c/o Ronald B. Cohn, Esq.<br>Burr & Forman LLP<br>201 North Franklin Street, Suite 3200<br>Tampa, Florida 33602-5872 | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>-----------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    68<br>Bypassed recipients     2<br>Total                  70 |