

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/27/2019 10:30 AM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:18-bk-05608-FMD | 11 | 07/06/2018 |

**Chapter 11**

**DEBTOR:** Truth Technologies, Inc.

**DEBTOR ATTY:** Michael Dal Lago

**TRUSTEE:** NA

**HEARING:**

(1) Confirmation Hearing
- Objection to Confirmation of Amended Plan Filed by David E Hicks on behalf of Creditor Complete Business Solutions Group d/b/a PAR Funding (related document(s)[99]). (Hicks, David) Doc #109
(2) Continued Motion for Authority to Pay Critical Vendors nunc pro tunc to July 6, 2018 Filed by Michael R Dal Lago on behalf of Debtor Truth Technologies, Inc. (Dal Lago, Michael) Doc #101
(3) Continued Motion to Allow Prior Post-Petition Insider Advances Filed by Michael R Dal Lago on behalf of Debtor Truth Technologies, Inc. (Dal Lago, Michael) Doc #102

**APPEARANCES::** Mike Dal Lago, Ben Lambers, Dennis LeVine, Ron Cohen

**WITNESSES:**

**EVIDENCE:**

**RULING:**
(1) Confirmation Hearing -   All matters Continued to 4/17/2019 at 10:30 am O/Dal Lago

- Objection to Confirmation of Amended Plan Filed by David E Hicks on behalf of Creditor Complete Business Solutions Group d/b/a PAR Funding (related document(s)[99]). (Hicks, David) Doc #109

(2) Continued Motion for Authority to Pay Critical Vendors nunc pro tunc to July 6, 2018 Filed by Michael R Dal Lago on behalf of Debtor Truth Technologies, Inc. (Dal Lago, Michael) Doc #101

(3) Continued Motion to Allow Prior Post-Petition Insider Advances Filed by Michael R Dal Lago on behalf of Debtor Truth Technologies, Inc. (Dal Lago, Michael) Doc #102
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.