ORDERED.

Dated:  April 02, 2019

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TRUTH TECHNOLOGIES, INC., | Case No. 9:18-bk-05608-FMD |
| Debtor._____/ | Judge Caryl E. Delano |

**ORDER CONTINUING CONFIRMATION HEARING**
**AND ALL PENDING MATTERS TO APRIL 17, 2019**

THIS CASE came on for a Hearing on March 27, 2019 at 10:30 a.m. in accordance with the *Order Conditionally Approving Disclosure Statement, Scheduling Confirmation Hearing and Fixing Deadlines* [ECF #103] ("**Order Conditionally Approving Disclosure Statement**") and for the confirmation of the *Debtor's Plan of Reorganization* [ECF# 92] ("**Plan**") and *Disclosure Statement for the Debtor's Plan of Reorganization* [ECF# 93] ("**Disclosure Statement**") which were filed by the Debtor on January 15, 2019.  For the reasons stated orally and on the record in open court, which shall constitute the ruling of the Court, it is

**ORDERED:**

1. All pending matters in this case, including the confirmation hearing on the Plan and Disclosure Statement, are hereby continued to April 17, 2019 at 10:30 a.m. in Room 4-102, Hearing Room, United States Courthouse, 2110 First Street, Ft. Myers, Florida 33901.

2. All dates and deadlines in the Order Conditionally Approving Disclosure Statement are hereby contemporaneously extended to conform with the April 17, 2019 hearing date.

3. The Court shall retain jurisdiction to hear and determine all matters emanating from this Order.

Michael Dal Lago is directed to: (i) serve a copy of this Order on interested parties who do not receive service by CM/ECF; and (ii) file a Proof Service within 3 days of entry of this Order.